Certificate Number: 05781-VAE-DE-041202723

Bankruptcy Case Number: 26-32612



05781-VAE-DE-041202723

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 14, 2026, at 1:14 o'clock AM PDT, Melissa Willenbacher completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date:   July 14, 2026                          By:     /s/Allison M Geving

Name:   Allison M Geving

Title:   President